```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 05 B 02328
   SALLY CASSARO
                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-7034
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/25/05 and confirmed on 04/01/05.

    2.  The case was dismissed after confirmation, 03/14/2008.

    3.  The Debtor paid a total of $   9678.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 2751.66 | .00 | 2751.66 |
| DIAMOND BAY HOMEOWNERS A | SECURED | 2040.00 | .00 | 2040.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4459.07 | .00 | 1702.68 |
| INTERNAL REVENUE SERVICE | UNSECURED | 451.68 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4791.66 | 4459.07 | 451.68 | .00 | 9702.41 |
| PRINCIPAL PAID | 4791.66 | 1702.68 | .00 | .00 | 6494.34 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4791.66 | 1702.68 | .00 | .00 | 6494.34 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP        , was allowed $   2800.00
and was paid $   2800.00 .

The Trustee received $    383.66 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/23/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   2
    CASE NO. 05 B 02328 SALLY CASSARO
```